Estelle Senor, Appellant, *v.* Louis H. Senor, Respondent.

Argued November 19, 1947; decided January 16, 1948.

*Edward Lazansky* and *Horace F. Callaghan* for appellant. *Inzer B. Wyatt* and *Archer Scherl* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

JENNY N. LORBEER, Appellant, *v.* EDWARD E. BAREFIELD et al., Respondents.

Argued November 21, 1947; decided January 16, 1948.